IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

BRIAN MCMAHON,
ANDREA MCMAHON,

        Plaintiffs,

v.

WELLS FARGO BANK, N.A.,
NORTHWEST TRUSTEE
SERVICES, INC., FEDERAL
NATIONAL MORTGAGE
ASSOCIATION,

        **Defendants.**

3:11-CV-00505-BR

JUDGMENT
OF DISMISSAL

    Based on the Order (#34) dismissing this action, Judge of Dismissal **with prejudice** and without costs or attorney's fees to any party is hereby entered..

    Dated this 23rd day of July, 2012

                                             /s/ Anna J. Brown
                                             ANNA J. BROWN
                                             United States District Judge

JUDGMENT OF DISMISSAL